# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 CR 1009 | **DATE** | 9/8/2004 |
| **CASE TITLE** | USA vs. Noel Santiago-Ochoa | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due _____. Reply to answer brief due _____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
      ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Santiago's motion to proceed on appeal in forma pauperis is granted. (35-1) Santiago's motion for appointment of counsel to represent him on appeal is granted. (34-1) This Court respectfully recommends that Attorney Gerardo Gutierrez be appointed as appellate counsel by the Court of Appeals.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | number of notices | **Document Number** |
| | No notices required. | | | |
| ✓ | Notices mailed by judge's staff. | | SEP 09 2004 date docketed | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | 9/8/2004 date mailed notice | |
| | Copy to judge/magistrate judge. | | | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 03 CR 1009 |
| ) | |
| NOEL SANTIAGO-OCHOA, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM ORDER

Noel Santiago-Ochoa ("Santiago") has filed a notice of appeal from his conviction and sentencing before this Court (Santiago had entered into a plea agreement that provided for a conditional guilty plea, reserving his right to appeal this Court's April 22, 2004 denial of his motion to dismiss the indictment). Based on the representations contained in Santiago's motion to proceed on appeal in forma pauperis, this Court grants leave to do so -- although this Court will have to receive the printout of transactions in Santiago's prison trust fund account in order to make the calculations called for by 28 U.S.C. § 1915. Accordingly Gerardo Gutierrez, Esq., Santiago's appointed counsel who ably represented him before this Court, is requested to obtain and provide a copy of that printout as soon as possible.

Santiago has also moved for the appointment of counsel to represent him on appeal. To the extent that it is appropriate for this Court rather than our Court of Appeals to address that

subject, this Court finds that motion well taken. It also respectfully recommends that Attorney Gutierrez be appointed as appellate counsel by the Court of Appeals.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Milton I. Shadur
　　　　　　　　　　　　　　　　Senior United States District Judge

September 8, 2004

　　　　　　　　　　C:\WPTEXT\03CR1009-9-8-04MO.wpd/